07C 50248    12-20-07

I, Donald Davis, do state under penalty of perjury that what I'm about to state is true and correct.

On 11/21/07 I placed this petition for a Writ of Habeas Corpus in the mail here at Dodge County Detention Facility. I have mailed letters for years and know for certain that one stamp is sufficient to mail six regular pieces of typing paper.

I just received this envelope back 12-20-07 with a post mark date of November 26, 2007, with the corner opened. It was apparently held here 5 days before being mailed and held here aproximately 20 more days before it was given to me on 12-20-07.

In March of this year my was killed in jail by the officers and I am very concerned that the same is about to happen with me.

Please let me know you received this within 14 days of todays date. If no response by then I will have my family contact news reporters, Representators, Councilman and all eles to find out what is going on with me here.

Sheriff Todd Nehls, Administrator Kevin Hill of the Dodge County Detention Facility, 216 W. Center St., Jerneau Wisconsin 53039, are responsible for me. Thank you for your prompt attention.

FILED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Donald Bo. Davis II

12-20-07

12-20-07