FILED

JAN 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph<br>12 Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>DEC 31 2007<br>Office Of The Attorney General<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7002 0510 0000 6469 1908 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |

07 c 50248