January 22, 2008

Office of the Clerk
[U.S.] District Court
211 [South Court St.]
[Rockford, Ill.]

**FILED**
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 50248

Re: Change of Address

On 1/10/08 I was transferred from the Dodge County jail, to the Rock County jail at the above address.

I have not received anything from the courts other than [...] envelope [...] Dodge County jail [...] but I've [...]

Please send all correspondence to me at the [above address].

Letters, Thank you for your time, I'm sorry for any trouble and/or has caused.

Respectfully,

Donald W. Davis II
1-22-08

[signature]
1-22-08

I, Donald Davis, do declare under penalty of perjury by the laws of the state, that this letter to the Clerk and Copies of my warrant statement have [illegible] placed in the [illegible] jail mail will be given to Officer FORD on 1/22/08, 9:00PM

[signature]

RESIDENT ACCOUNT STATEMENT

Rock County, WI
01/21/08 12:06
ST 004 / OPR 12316

*This stmt shows deposits, withdrawals, etc.*



Page 1 of 1

```
File Number        : 80068
Resident Name      : DAVIS, DONALD WILBERT
Housing Location   : D    2    01    LO
Statement Period   : 03/01/2006 - 01/21/2008
```

**STATEMENT SUMMARY**

| | |
|---|---|
| Beginning Balance : | 0.00 |
| 4 Deposits : | 0.00 |
| 3 Payments : | 0.00 |
| Ending Balance : | 0.00 |

| Receipt No. | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| A530 | 03/01/2006 | 07:36 | Intake | | 0.00 | 0.00 |
| A532 | 03/01/2006 | 07:36 | Close | 0.00 | | 0.00 |
| A13154 | 06/14/2006 | 16:28 | Reopen | | 0.00 | 0.00 |
| D22503 | 10/18/2006 | 11:33 | Close | 0.00 | | 0.00 |
| D22504 | 10/18/2006 | 11:37 | Reopen | | 0.00 | 0.00 |
| D23050 | 10/24/2006 | 13:33 | Close | 0.00 | | 0.00 |
| A50765 | 11/03/2007 | 02:16 | Reopen | | 0.00 | 0.00 |

RESIDENT TRANSACTION REPORT                                                    Page 1 of 1

Dodge County Detention
01/04/08 08:54
ST 002 / OPR 701

```
JID Number      : P20833
Resident Name   : DAVIS, DONALD WILBERTII
Time Frame      : 11/15/2007 20:52 - 01/04/2008 08:54
```

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 11/15/2007 | 20:52 | Intake-Cash | 1 | cobra | A89025 | 0.00 |
| 12/04/2007 | 08:24 | Receivable Charge | 2 | 701 | B149608 | 4.10 |
| 12/10/2007 | 08:57 | Receivable Charge | 2 | 701 | B150037 | 1.10 |
| 12/17/2007 | 08:44 | Receivable Charge | 2 | 701 | B150481 | 0.30 |
| 12/21/2007 | 09:40 | Receivable Charge | 2 | 701 | B150996 | 0.30 |

