# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50248 | **DATE** | January 28, 2008 |
| **CASE TITLE** | Donald W. Davis, II v. The Attorney General of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. If petitioner does not comply with this order within 30 days, the court shall dismiss this action.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|