# United States District Court
## Northern District of Illinois
### Western Division

U.S. ex rel. Donald W. Davis, II  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 07 C 50248

The Attorney General of the State of Illinois

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that by order of 1/28/08, the Court directed Petitioner either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. Petitioner was forewarned that failure to comply within 30 days of 1/28/08 would result in summary dismissal of this action. Nevertheless, Petitioner has not responded to the Court's order. Accordingly, the habeas petition is dismissed for failure to comply with the Court's order.

Michael W. Dobbins, Clerk of Court

Date: 3/18/2008            _____

                                               /s/ Susan Wessman, Deputy Clerk