

# FILED

MAR 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Donald W Davis
Rock County Jail
200 East Highway 14
Janesville WI 53545
US

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 50248 | DATE | March 18, 2008 |
| CASE TITLE | U.S. ex rel. Donald W Davis, II v. The Attorney General of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

By order of 1/28/08, the Court directed Petitioner either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. Petitioner was forewarned that failure to comply within 30 days of 1/28/08 would result in summary dismissal of this action. Nevertheless, Petitioner has not responded to the Court's order. Accordingly, the habeas petition is dismissed for failure to comply with the Court's order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1